**W. G. WHEELER et al., d/b/a J. C. Collieries, Inc., Appellants,**

v.

**EAST KENTUCKY MACHINE & ELECTRIC CO., Appellee.**

Court of Appeals of Kentucky.

March 18, 1955.

Rehearing Denied June 17, 1955.

E. D. Stephenson, Pikeville, for appellants.

V. R. Bentley, Pikeville, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Pike Circuit Court awarding appellee $834.50 in a suit on an open account. The facts, questions raised, authorities cited and applicable law have been carefully considered by the court, and we find no prejudicial error.

The motion for an appeal is overruled, and the judgment is affirmed.